United States District Court
Southern District of Texas
**ENTERED**
October 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Matias Olguin, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2161 |
| | § | |
| Edward Bradfield, et al, | § | |
| Defendants. | § | |

## ORDER

In accordance with the Stipulation of Dismissal filed on October 3, 2016 (docket entry no. 20), this action is dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 4th day of October, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE